```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                         CASE NO. 07 B 20335
       DAVID G SPROUL
                                                  CHAPTER 13

                                                  JUDGE: A. BENJAMIN GOLDGAR

            Debtor
       SSN XXX-XX-6356


   ------------------------------------------------------------------------------
                        TRUSTEE'S FINAL REPORT AND ACCOUNT
   ------------------------------------------------------------------------------
        Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

       1.  The case was filed on 10/31/07 and confirmed on 01/11/08.

       2.  The case was dismissed after confirmation, 09/12/2008.

       3.  The Debtor paid a total of $   3930.00 .

       4.  The Trustee made disbursements to creditors as follows:


   ------------------------------------------------------------------------------
   CREDITOR NAME             CLASS            CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                 PAID            PAID
   ------------------------------------------------------------------------------
   WELLS FARGO HOME MTGE     CURRENT MORTG        .00             .00             .00
   WELLS FARGO HOME MTGE     MORTGAGE ARRE   1202.06             .00          1202.06
   AMERICREDIT FINANCIAL     UNSECURED       3221.89             .00             .00
   AT&T MOBILITY LLC         UNSECURED       NOT FILED           .00             .00
   CALVARY PORTFOLIO SERVIC  UNSECURED       NOT FILED           .00             .00
   CAPITAL ONE BANK          UNSECURED        697.54             .00             .00
   MILWAUKEE CIRCUIT CLERK   UNSECURED        189.50             .00             .00
   DEPENDON COLLECTION SVC   UNSECURED       NOT FILED           .00             .00
   RESURGENT CAPITAL SERVIC  UNSECURED       NOT FILED           .00             .00
   PORTFOLIO RECOVERY ASSOC  UNSECURED        518.16             .00             .00
   RISK MANAGEMENT           UNSECURED       NOT FILED           .00             .00
   SENEX SERVICES            UNSECURED       NOT FILED           .00             .00
   SENEX SERVICES            UNSECURED       NOT FILED           .00             .00
   SENEX SERVICES            UNSECURED       2282.70             .00             .00
   UNIQUE NATIONAL COLLECTI  UNSECURED       NOT FILED           .00             .00
            Summary of disbursements:
   ------------------------------------------------------------------------------
                        SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
   ------------------------------------------------------------------------------
   TOTAL CLMS ALLOWED   1202.06          .00       6909.79           .00        8111.85
   PRINCIPAL PAID       1202.06          .00          .00            .00        1202.06
   INTEREST PAID            .00          .00          .00            .00            .00
   TOTAL PAID           1202.06          .00          .00            .00        1202.06
   The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3500.00
   and was paid $   1000.00   direct and $   2500.00   through the plan.

   The Trustee received $    227.94 .

   Refunds to the Debtor totaled $         .00 .

        Wherefore, the Trustee requests an order be entered discharging
```

the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/17/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 07 B 20335 DAVID G SPROUL